UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHARON HULIHAN, an individual, | Case No. 2:15-cv-02469-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| WELLS FARGO HOME MORTGAGE INC. n/k/a WELLS FARGO BANK, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for this Court to recuse. (Dkt. no. 6.)  Plaintiff cites two reasons to support her motion. First, Plaintiff explains that she is unable to comply with the Standing Order's requirement that counsel file documents in a searchable PDF format with optical character recognition performed. This requirement applies to counsel, not *pro se* litigants like Plaintiff. Second, Plaintiff asserts that she has filed a jury demand and is entitled to trial by jury, and because of a protest involving a ruling in an unrelated case by the undersigned, the undersigned should recuse. However, Plaintiff's case will proceed in federal court like all other cases and the process that governs Plaintiff's case is the Federal Rules of Civil Procedure. Plaintiff does not offer a valid reason for the Court to recuse. The reason offered does not show a conflict or show that the Court's impartiality might reasonably be questioned. Plaintiff's motion (dkt. no. 6) is denied.

DATED THIS 6th day of January 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE