# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHARON HULIHAN,<br><br>            Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC. n/k/a WELLS FARGO BANK, *et al.*,<br><br>            Defendants. | 2:15-cv-02469-MMD-VCF<br><br>**ORDER** |

Before the court is Defendants Emergency Motion for An Extension of the Deadline for Responsive Pleadings (#8).

IT IS HEREBY ORDERED that a hearing on Defendants Emergency Motion for An Extension of the Deadline for Responsive Pleadings (#8) is scheduled for 9:30 a.m., February 5, 2016, in courtroom 3D.  The deadline to file a responsive pleading is suspended until further order of the court.

The court clerk is directed to mail a copy of this order to Plaintiff.

DATED this 27th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE